PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

| | |
|---|---|
| **DOCKET NUMBER** *(Tran. Court)* | CR 14-00488-01 |
| **DOCKET NUMBER** *(Rec. Court)* | 2:20CR348 (BRM) |

| NAME AND CITY, STATE OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Charles Wang<br><br>Emerson, New Jersey | ND/CA | Oakland |
| | **NAME OF SENTENCING JUDGE**<br>Honorable Yvonne Gonzalez Rogers | |
| | **DATES OF PROBATION/ SUPERVISED RELEASE** **FROM** 09/05/2019 | **TO** 09/04/2022 |

**OFFENSE**

18 U.S.C. § 371 Conspiracy to Commit Structuring
31 U.S.C. § 5324(a)(3), 31 U.S.C. § 5324(d)(2)   Structuring Transactions to Evade Reporting Requirements

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the   District of New Jersey   upon that Court's order of acceptance of jurisdiction.  This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

April 15, 2020
*Date*

*/s/ Yvonne Gonzalez Rogers*
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   District of New Jersey

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

April 24, 2020
*Effective Date*

*/s/*
*United States District Judge*