# UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY
### OFFICE OF THE CLERK
M. L. KING JR. FEDERAL BLDG. & U.S. COURTHOUSE
50 WALNUT STREET, P.O. BOX 419
NEWARK, NJ 07101-0419
(973) 645-3730

CAMDEN OFFICE
ONE JOHN F. GERRY PLAZA
FOURTH & COOPER STREETS
CAMDEN, NJ 08101

TRENTON OFFICE
402 EAST STATE STREET
ROOM 2020
TRENTON, NJ 08608



William T. Walsh
Clerk

REPLY TO: NEWARK N.J.

April 27, 2020

United States District Court
Northern District of California
Ronald V. Dellums Federal Building
& United States Courthouse
1301 Clay Street
Oakland, CA 94612

**FILED**

Apr 27 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**Re: U.S.A. v. CHARLES WANG**
**Our Docket No. 2:20-cr-00348-BRM-1**
**Your Docket No. CR 14-00488-01**

Dear Clerk:

In compliance with the Transfer of Jurisdiction Order (Prob. 22 Form) enclosed, please forward **certified copies** of the following documents:

1) Indictment/Information/Complaint
2) Judgment
3) Docket Sheet
4) Probation Transfer Order

Very truly yours,

WILLIAM T. WALSH, Clerk

By: s/Darlene Carr
Darlene Carr, Deputy Clerk

Cc: U.S. Probation File